# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32507

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Christina M. Lugo<br><br>        Debtor.<br>───────────────────<br>US Bank Home Mortgage<br><br>        Movant,<br>vs.<br><br>Christina M. Lugo, Debtor; Anthony H. Mason, Trustee.<br><br>        Respondents. | No. 2:09-bk-31422-RTB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>2357 East Riviera Drive<br>Tempe, AZ 85282 |

      Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 31st day of December, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Christina M. Lugo filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Anthony H. Mason was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> LOT 321, KNOELL TEMPE UNIT TWO, ACCORDING TO THE PLAT RECORDED IN BOOK 128 OF MAPS, PAGE 44, RECORDS OF MARICOPA COUNTY.

Debtor executed a Note secured by a Deed of Trust, dated January 9, 2007, recorded in the office of the Maricopa County Recorder's Office. True copy of the Deed of Trust annexed as Exhibit "A", respectively, and made a part hereof by this reference.

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after November 1, 2008.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtor and the bankruptcy estate have no equity in the property. Pursuant to Debtor's Statement of Intentions the debtor intend on surrendering the title and possession interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "B".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 2357 East Riviera Drive Tempe, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 31st day of December, 2009.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ MSB # 010167
                                   Mark S. Bosco
                                   Leonard J. McDonald
                                   2525 East Camelback Road, Suite 300
                                   Phoenix, Arizona 85016
                                   Attorneys for Movant